# BOND SCHOENECK & KING

Key Center | 40 Fountain Plaza, Suite 600 | Buffalo, NY 14202-2200
350 Linden Oaks, Suite 310 | Rochester, NY 14625-2825

JEREMY P. OCZEK, ESQ.
jpoczek@bsk.com
Buffalo: 716.566.2862
Rochester: 585.362.4820

April 7, 2015

**RECEIVED**
**ELIZABETH A. WOLFORD**

**APR 0 7 2015**

United States District Judge
Western District of New York

**VIA FACSIMILE TO (585) 613-4325**

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   Glogowski v. Organix Industries, Inc. et al.
      **Civil Action No. 06-CV-6575-EAW-JWF**

Dear Judge Wolford:

We write in connection with the oral argument set for April 22, 2015 at 2:00 PM on Defendants' Motion for Summary Judgment (Docket No. 42).

As counsel for Plaintiff in the above-captioned case, we respectfully seek leave of Court to bring one laptop computer and related accessories (power cord and cables) into the courthouse on April 22, 2015 for purposes of (1) testing the laptop in the courtroom under the supervision of the Court's personnel and (2) using the laptop during the oral argument.

We believe that the use of a laptop computer for presentation purposes will greatly facilitate our ability to present arguments in a more efficient and organized fashion at the oral argument on April 22, 2015. Further, based on our experience in patent cases in U.S. District Courts around the country, we respectfully submit that the use of a laptop computer for presentation purposes is fairly standard for Markman and summary judgment hearings involving technical matters.

Thank you for your consideration.

Respectfully submitted,

Jeremy P. Oczek

cc:   Dan O'Brien, Esq. (via email only)

**SO ORDERED**

_____
ELIZABETH A. WOLFORD
United States District Judge
Date 4-7-15

Attorneys At Law | A Professional Limited Liability Company